## George WALKER v. STATE.
### No. 13401.

Court of Cirminal Appeals of Texas.
April 2, 1930.

M. E. Gates, of Huntsville, for appellant.

A. A. Dawson, State's Atty., of Austin, for the State.

MORROW, P. J.

The offense is assault with intent to murder; penalty, confinement in the penitentiary for a period of two years.

The indictment appears regular and seems regularly presented. The evidence is not before this court; nor is there brought forward for review any complaint of the rulings of the court in the conduct of the trial.

The judgment is affirmed.

## Nolan WILLIAMS v. STATE.
### No. 13377.

Court of Criminal Appeals of Texas.
March 26, 1930.

A. R. Eidson, of Hamilton, for appellant.

A. A. Dawson, State's Atty., of Austin, for the State.

MORROW, P. J.

The conviction is for unlawfully driving an automobile while intoxicated; punishment fixed at confinement in the county jail for a period of twenty days.

Upon the written request of the appellant, duly verified by his affidavit, the appeal is dismissed.